# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139975 & (26)(27)

EXPRESS SCRIPTS, INC., CHARLES
KNEESE, ROSIE SAMUELS, GERI
DECLERCK, RHONDA WASSOM,
and LISA KEELER,
            Plaintiffs-Appellants,

v

SC: 139975
COA: 294888
Court of Claims: 09-001492-AA

DEPARTMENT OF MANAGEMENT AND
BUDGET, DIRECTOR OF DEPARTMENT
OF MANAGEMENT AND BUDGET, and
SENIOR DEPUTY DIRECTOR OF DEPARTMENT
OF MANAGEMENT AND BUDGET,
            Defendants-Appellees.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED.

CAVANAGH and WEAVER, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2009

Clerk

d1202